EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte<br><br>Anselmo Prieto Hernández | 2010 TSPR  7<br><br>177 DPR \_\_\_\_ |


Número del Caso: TS-2012


Fecha: 25 de enero de 2010


Abogado de la Parte Peticionaria:

Por derecho propio

Colegio de Abogado de Puerto Rico:

Lcdo. José M. Montalvo Trias


Materia: Baja Voluntaria del Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte

                              2012
Anselmo Prieto Hernández






                    RESOLUCIÓN


        San Juan, Puerto Rico, a 25 de enero de 2010

        Examinada la Moción Solicitando Baja
    Voluntaria del Ejercicio de la Profesión
    presentada por el Lcdo. Anselmo Prieto
    Hernández, así como la Moción en Contestación a
    Resolución del Colegio de Abogados de Puerto
    Rico y el Informe de la Oficina de Inspección
    de Notarías, se  autoriza su baja voluntaria.

        Publíquese.

        Lo acordó el Tribunal y certifica la
    Secretaria del Tribunal Supremo.



                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo